**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

FILED
DISTRICT COURT OF GUAM
AUG -2 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| JOSEPH ASANO QUENGA, | Criminal Case No. 00-00134 |
| Petitioner, | Civil Case No. 05-00024 |
| vs. | |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

The Court is in receipt of Petitioner Joseph Quenga's ("Quenga") petition for postconviction relief[1] filed July 26, 2005. The Government shall have until September 1, 2005, to file a response to Quenga's petition. If a response is received, Quenga shall have until October 3, 2005 in which to file a reply. If the Court finds that a hearing is necessary on Quenga's motion, then one shall be set at a later date.

**IT IS SO ORDERED** this __1__ day of August, 2005.

**Consuelo B. Marshall***
**United States Chief District Judge**

---

[1] Quenga's petition is entitled "Petition Pursuant to 28 U.S.C. § 1651 All Writs Act, 28 U.S.C. § 2255, Extraordinary Writs of Error Coram Nobis/Audita Querela Habeas Corpus 28 U.S.C. § 2241." *See,* Docket No. 31.

* The Honorable Consuelo B. Marshall, United States Chief District Judge for Central California, by designation