# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>vs.<br><br>Joseph Asano Quenga,<br><br>  Defendant. | Case No. 1:00-cr-00134<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Petitioner Response to the Government's Response filed September 12, 2005,* on the dates indicated below:

*U.S. Attorney's Office*
*September 13, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Petitioner Response to the Government's Response filed September 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 13, 2005                          /s/ Marilyn B. Alcon
                                                                      Deputy Clerk