# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** Plaintiff, vs. **Joseph Asano Quenga,** Defendant. | **Case No: 1:00-cr-00134** |

The following entity was served by first class mail on September 13, 2005:

**Joseph Asano Quenga**

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*Petitioner's Response to the Government's Response filed September 12, 2005*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 13, 2005                                          /s/ Marilyn B. Alcon
                                                                                    Deputy Clerk