# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Joseph Asano Quenga,<br><br>Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Respondent. | Case No. 1:00-cr-00134 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order Denying Motion to Amend, filed 12/6/2005 and Petition Pursuant to 28 U.S.C. 1651 All Writs Act, 28 U.S.C. 2255, Extraordinary Writs of Error Coram Nobia/Audita Querela Habeas Corpus 28, U.S.C. 2241, filed 07/26/2005*
*Date of Entry of Order: 4/5/2006*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** April 5, 2006

Clerk of Court
**/s/ Mary L.M. Moran**