# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Joseph Asano Quenga,<br><br>    Petitioner,<br><br>  vs.<br><br>United States of America,<br><br>    Respondent. | Case No. 1:00-cr-00134<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Denying Petition and Denying Motion to Amend and Notice of Entry of Order filed April 5, 2006***, on the dates indicated below:

*U.S. Attorney's Office*
*April 6, 2006*

The following individual was served by first class mail on April 5, 2006:

 *Joseph Asano Quenga*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Denying Petition and Denying Motion to Amend and Notice of Entry of Order filed April 5, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 6, 2006              /s/ Marilyn B. Alcon
                              Deputy Clerk