# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Joseph Asano Quenga, | Case No. 1:00-cr-00134 |
| Defendant-Petitioner, | |
| vs. | **CERTIFICATE OF SERVICE** |
| United States of America, | |
| Plaintiff-Respondent. | |

The following office(s)/individual(s) acknowledged receipt of the *Application for a Certificate of Appealability filed May 1, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*May 2, 2006*

The following individual was served by first class mail on May 1, 2006:

    Joseph Asano Quenga

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Application for a Certificate of Appealability filed May 1, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 2, 2006                         /s/ Marilyn B. Alcon
                                                                   Deputy Clerk