# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Joseph Asano Quenga,<br><br>Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Respondent. | Case No. 1:00-cr-00134<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Denying Motion for Certificate of Appealability filed May 11, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*May 11, 2006*

The following individual was served by first class mail on May 11, 2006:

    Joseph Asano Quenga

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Denying Motion for Certificate of Appealability filed May 11, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 11, 2006                          /s/ Marilyn B. Alcon
                                                                            Deputy Clerk