FILED

SEP 28 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH ASANO QUENGA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 06-16004<br><br>D.C. Nos. CV-05-00024-JCC<br>CR-00-00134-1-JCC<br>District of Guam, Hagatna<br><br>ORDER |

FILED
DISTRICT COURT OF GUAM
OCT 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

Before: REINHARDT and O'SCANNLAIN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2244(d)(1).

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 2 8 2006

by Deputy Clerk